

# UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

ENTERED
09/07/2016

IN RE:

Thomas J. & Carol Nicolaisen

          (Debtor),

BANKRUPTCY CASE NUMBER
11-30328-H1-4

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Murray Roofing LLC, in the amount of $2,699.04, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Murray Roofing, LLC c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $2,699.04 to Murray Roofing, LLC at the following address:

        Murray Roofing, LLC
        C/o Dilks & Knopik, LLC
        35308 SE Center St,
        Snoqualmie, WA  98065

Dated: 9-1-16

_____
UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98